## *UNITED STATES DISTRICT COURT*
### *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**BETH MARIE NELSEN,**

                      **Plaintiff,**

   vs.                                      3:22-CV-0237
                                                (MAD/DJS)

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**

___

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Stewarts' Report and Recommendation and Order (Dkt. No. 9) is **ADOPTED in its entirety** for the reasons set forth therein; and the Court further **ORDERS** that the Commissioner's decision is **REVERSED**, and this case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Order and Magistrate Judge Stewart's Report-Recommendation and Order; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiff's favor and close this case, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 18th day of September, 2023.

DATED: September 18, 2023

*[signature]*
Clerk of Court

                                       s/Britney Norton
                                       Britney Norton
                                       Deputy Clerk